IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 13 2026
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:26-cr-5-HSO-RPM

MELIDO HUMBERTO MARADIAGA-MARTINEZ         18 U.S.C. § 111(a)(1)

**The Grand Jury charges:**

On or about December 17, 2025, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MELIDO HUMBERTO MARADIAGA-MARTINEZ,** knowingly and intentionally did forcibly resist, oppose, impede, or interfere with M.D., a Federal Bureau of Investigation Task Force Officer (FBI/TFO) such that the defendant's actions involved physical contact, to wit: physically resisting arrest and struggling with FBI/TFO M.D., causing significant pain to FBI/TFO M.D., while FBI/TFO M.D. was engaged in his official duties of arresting the defendant for being illegally present in the United States, and performing related duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

*J.E. BAXTER KRUGER*
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 13th day of January 2026.

UNITED STATES MAGISTRATE JUDGE