PRAECIPE FOR SUMMONS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
           FILED
        JAN 13 2026
     ARTHUR JOHNSTON
BY                    DEPUTY
```

UNITED STATES OF AMERICA

v.                                                CRIMINAL NO. 1:26-cr-5-HSO-RPM

MELIDO HUMBERTO MARADIAGA-MARTINEZ
(Wherever Found)

The Clerk of said Court will issue summons returnable on January 21, 2026, at 9:30 a.m., before Robert P. Myers, Jr., United States Magistrate Judge, at 2012 15th Street, Gulfport, Mississippi, an Indictment against the above-named defendant having been filed in the above-entitled cause on January 13, 2026.

This 13 day of January 2026.

J.E. BAXTER KRUGER
United States Attorney

By: /s/ Stan Harris

STAN HARRIS
Assistant United States Attorney
MS Bar # 2000

Summons issued: _____

SBH/FBI