AO 83 (Rev. 06/09) Summons in a Criminal Case

**RETURN**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

JAN 14 AM 11:27

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Melido Humberto Maradiaga-Martinez (Wherever Found) | ) ) ) | Case No. 1:26cr5HSO-RPM |
| Defendant | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street Gulfport, MS 39501 | Courtroom No.: | 881 |
|---|---|---|---|
| | | Date and Time: | 01/21/2026 9:30 am |

This offense is briefly described as follows:

Forcibly Resisting or Impeding a Federal Agent

Date: 01/14/2026

ARTHUR JOHNSTON, CLERK

*P. Stokes*

*Issuing officer's signature*
P. Stokes, Deputy Clerk

*Printed name and title*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 26 2026
ARTHUR JOHNSTON
BY_____ DEPUTY

I declare under penalty of perjury that I have:

☑ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: 1/26/26

*J. Patrick*

*Server's signature*

J. Patrick   DUSM

*Printed name and title*